Petition for Writ of Mandamus Dismissed and Opinion filed May 5, 2009








Petition
for Writ of Mandamus Dismissed and Opinion filed May 5, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00407-CV

____________

 

IN RE LINDA FRANK, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On May
1, 2009, Relator=s Petition for Writ of Prohibition, Injunction and Mandamus
was filed in this Court.  See Tex.
Gov=t Code Ann '22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1.  Relator asks this court to prohibit
a hearing scheduled in County Court at Law No. 4 of Fort Bend County, Texas, on
April 27, 2009, at 2:30 p.m.  

We have
confirmed with the trial court the hearing was held as scheduled, before the
petition was filed.  Accordingly, we deny relator=s petition as moot.

PER CURIAM

Panel consists of Justices Seymore,
Brown, and Sullivan.